COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CIVIL DIVISION

A 2 0 0 0 4 5 8

| | | |
|---|---|---|
| EBONY MCCLENDON<br>49 Orphanage Road #10<br>Ft. Mitchell, KY 41017 | : | Case No.: _____ |
| Plaintiff | : | **COMPLAINT** |
| v. | : | COPY FILED<br>CLERK OF COURTS<br>HAMILTON COUNTY |
| BEST BUY<br>a/k/a Best Buy Store, LP<br>9845 Colerain Avenue<br>Cincinnati, Ohio 45251 | : | JAN 29 2020<br><br>AFTAB PUREVAL<br>COMMON PLEAS COURTS |
| Serve: CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, Ohio 43219 | : | |
| Defendant | : | |

Now comes Plaintiff, Ebony McClendon, by and through counsel and for her complaint, states as follows:

1. Plaintiff, Ebony McClendon, is a consumer and is covered by the Consumer Sales Practices Act.

## RACE DISCRIMINATION

2. Plaintiff is an African American female customer who on December 2, 2019 entered the Defendant's retail establishment located on Colerain Avenue in Cincinnati, Ohio.

3. Plaintiff McClendon is a person who is protected under the laws of the City of Cincinnati and the State of Ohio regarding discriminatory treatment against her because her race pursuant to § 4112.02 (G) of the Ohio Revised Code.



1

4. The Defendant is a place of public accommodation in Hamilton County, Ohio under § 4112.01 (A) (9) of the Ohio Revised Code, and its Statutory Agent is CT Corporation System.

5. As a place of public accommodation, a person cannot be discriminated against or treated differently because of their race or color.

6. The Defendant treated the Plaintiff differently due to her race and color when Defendant accused the Plaintiff of theft.

7. The Defendant treated the Plaintiff when it breached a proposed contract with the Plaintiff to buy film, because of her race, in violation of 42 USC 1981.

8. The Plaintiff entered into a contract when she purchased three cameras online. When she went to pick-up film for the cameras, she was accused of stealing the cameras because of her race.

9. Plaintiff has filed charges with the Ohio Civil Rights Commission. Plaintiff may amend this complaint after a determination by the Commission.

## FALSE DETAINMENT

10. The Plaintiff was falsely imprisoned and detained by the agents of the Defendant. The agents of the Defendant falsely accused the Plaintiff of theft of the cameras in front of numerous other customers. Plaintiff believed, based upon the accusations, she could not leave the store. The Defendants are liable to the Plaintiff under the common law theory of false apprehension and false detainment.

## SLANDER

11. The Defendant, through its agents, slandered the Plaintiff when one or more agents of the Defendant accused the Plaintiff of theft, which was not true, and falsely stated to

the Plaintiff and other customers and staff that the Defendant has video footage of the Plaintiff stealing the cameras.

## TRESPASS

12. The Defendant committed a trespass to the Plaintiff when the Defendant abused its authority by invading the Plaintiff's privacy.

## INVASION OF PRIVACY

13. The Defendant, through its agents, invaded the Plaintiff's privacy when it caused the Plaintiff to suffer unwanted publicity and further humiliation.

14. As a result of the actions of the Defendant, the Plaintiff has suffered emotional stress and damage to her reputation.

WHEREFORE, the Plaintiff respectfully requests $80,000.00 in damages, court costs and attorney fees.

Respectfully submitted,

Ivan L. Tamarkin, Esq. (0025468)
ivanlaw@fuse.net
119 E. Court Street, Suite 410
Cincinnati, Ohio 45202
513.381.6555 Telephone
513.345.4703 Facsimile
Attorney for Plaintiff, Ebony McClendo

| Case Number: | A 2000458 |
| --- | --- |
| Court: | Common Pleas Civil |
| Case Caption: | EBONY MCCLENDON vs. BEST BUY AKA BEST BUY STORE LP |
| Judge: | MELBA D MARSH |
| Filed Date: | 01/29/2020 |
| Case Type: | C361 - OTHER TORT |
| Total Deposits: | $625.00 Credit |
| Total Costs: | $263.00 |

Case Documents

Show All Rows

| Date Filed | Document Type | Reason Locked | Pages |
| --- | --- | --- | --- |
| 02/27/2020 | Notification Form | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 1 |
| 02/27/2020 | Answer | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 5 |
| 02/27/2020 | Notification Form | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 1 |
| 02/03/2020 | Service Return | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 1 |
| 02/03/2020 | Service Return | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 1 |
| 01/30/2020 | Summons | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 1 |
| 01/30/2020 | Summons | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 1 |
| 01/29/2020 | Classification Form | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 1 |
| 01/29/2020 | Initial Filing | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION | 3 |

EXHIBIT B

| | |
|---|---|
| **Case Number:** | A 2000458 |
| **Court:** | Common Pleas Civil |
| **Case Caption:** | EBONY MCCLENDON vs. BEST BUY AKA BEST BUY STORE LP |
| **Judge:** | MELBA D MARSH |
| **Filed Date:** | 01/29/2020 |
| **Case Type:** | C361 - OTHER TORT |
| **Total Deposits:** | $625.00 Credit |
| **Total Costs:** | $263.00 |

Party/Attorney Info

| Name | Address | Party | Attorney | Address | Court ID |
|---|---|---|---|---|---|
| EBONY MCCLENDON | 49 ORPHANAGE ROAD #10 FT MITCHELL KY 41017 | P 1 | TAMARKIN/IVAN/L | 119 E COURT STREET SUITE 410 CINCINNATI OH 45202 | 25468 |
| BEST BUY AKA BEST BUY STORE LP | CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY STE 125 COLUMBUS OH 43219 | D 1 | STARTS/CARRIE/MASTERS | 525 VINE STREET SUITE 1700 CINCINNATI OH 45202 | 83922 |
| BEST BUY AKA BEST BUY STORE LP | CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY STE 125 COLUMBUS OH 43219 | D 1 | GUICE/GREGORY | 101 W. PROSPECT AVENUE, SUITE 1400 CLEVELAND OH 44115 | 76524 |